UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:19-cv-02253-MCS-KES | Date June 7, 2021 |
| Title *Lorena Alvarez v. Amerisourcebergen Drug Corporation et al* | |

Present: The Honorable Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Gaye Limon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Edward Choi<br>Dennis Hyun | Andrew P. Frederick |

**Proceedings:** **Final Approval Hearing on Motion on Class Action Settlement (Fairness Hearing) (ECF No. 32); and Motion for Attorney Fees, Costs, and Class Representative Service Payment (ECF No. 33)**

Cause called; appearances made. Andrew P. Frederick, counsel for defendants appears by Zoom videoconference. Recording or rebroadcasting of the proceedings is strictly prohibited.

The motion hearing is held. Counsel address the Court. The Court adheres to its tentative views and orders the Motions granted. A separate and more detailed order will be issued.

**IT IS SO ORDERED.**